L. Feitner and others. No opinion. Motion granted. Question to be formulated on settlement of order.

PEOPLE ex rel. WESTERN UNION TEL. CO., Respondent, v. PRIEST et al., State Board of Tax Com'rs, Appellants. (Supreme Court, Appellate Division, Third Department. May 21, 1901.) Proceedings by the people of the state of New York, on the relation of the Western Union Telegraph Company, against George E. Priest, J. Edgar Leaycraft, and Lester F. Stearns, together constituting the state board of tax commissioners.

PER CURIAM. Order, so far as it is appealed from, is reversed, and motion to strike out granted, and in lieu of the words first stricken out the following to be inserted, "including such other facts as may be pertinent and material to show the value of the property assessed on the roll and the grounds for the valuation made by the assessing officers," upon the authority of People v. State Board of Tax Com'rs, 55 App. Div. 186, 67 N. Y. Supp. 51. All concur, except KELLOGG, J., who dissents on grounds stated in dissenting opinion in case last named.

PEOPLE ex rel. WINCHELL, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Proceedings by the people of the state of New York, on the relation of Virgil H. Winchell, against Bernard J. York and others. W. Armstrong, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE'S BUILDING LOAN & SAVINGS ASS'N, Respondent, v. PLATZ et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 9, 1901.) Action by the People's Building, Loan & Savings Association against Nicholas B. Platz and Magdalena Platz. No opinion. Motion granted, and decision amended, so as to read: "Judgment reversed on the law and facts, and new trial granted, with costs to appellant to abide event."

PLATT et al. v. NEW YORK & S. B. RY. CO. et al. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by William O. Platt and another, as trustees, against the New York & Sea Beach Railway Company and another. No opinion. Motion granted, and order signed.

POLHEMUS, Respondent, v. CORNELL STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1901.) Action by Herbert Polhemus against the Cornell Steamboat Company. No opinion. Judgment affirmed, with costs. All concur, except KELLOGG, J., who dissents. See 67 N. Y. Supp. 577.

PONCE DE LEON, Respondent, v. MUTUAL RESERVE FUND LIFE ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by Antonio B. Ponce De Leon against the Mutual Reserve Fund Life Association. W. T. B. Milliken, for appellant. D. J. Simpson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re RAKOW. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) In the matter of the application of Henry M. Rakow to alter and widen a highway in the town of Brookhaven, and the assessment of damages therefor. No opinion. Motion to confirm order of Suffolk county court granted.

In re RANDALL. (Supreme Court, Appellate Division, First Department. April 19, 1901.) In the matter of Samuel H. Randall. No opinion. Motion granted, so far as to suspend respondent for one year.

REED v. MARKS et al. (Supreme Court, Appellate Division, First Department. May 24, 1901.) Action by Dave Reed, Jr., against Edward B. Marks and another. No opinion. Motion granted, with $10 costs.

RICE v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by William H. Rice against the New York Central & Hudson River Railroad Company. No opinion. Motion to amend order denied, without costs.

ROBERSON, Respondent, v. ROCHESTER FOLDING-BOX CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Abigail M. Roberson, an infant, by guardian ad litem against the Rochester Folding-Box Company and the Franklin Mills Co. No opinion. Reargument ordered. See 65 N. Y. Supp. 1109.

ROCKEFELLER et al., Appellants, v. TAYLOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by William Rockefeller and John D. Rockefeller, as taxpayers, etc., against Moses W. Taylor, as supervisor of the town of Mt. Pleasant, and others. No opinion. Appeal transferred to the First department.

ROGERS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Charles E. Rogers against the Erie Railroad Company. No opinion. Motion for reargument or for leave to appeal to the court of appeals denied. See 68 N. Y. Supp. 1147.

ROSE, Respondent, v. MELCHER, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by Henry W. Rose against John S. Melcher, as administrator. J. S. Melcher, pro se. T. G. Strong, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSENSTEIN v. PRINCE. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Moses Rosenstein against Adolph Prince. No opinion. Motion denied, with $10 costs.